IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. No. 13-cv-02753-AP

NOEL DAVID KNIGHT,

    Plaintiff,

v.

CAROLYN COLVIN,
ACTING COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.    APPEARANCES OF COUNSEL AND *PROSE* PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Charles E. Binder | Christina J. Valerio |
| Law Offices Harry J. | Assistant Regional Counsel |
| Binder and Charles E. | Social Security Administration |
| Binder, P.C. | Office of General Counsel |
| 60 East 42nd Street, Suite | Region VIII |
| New York, New York 10165 | 1961 Stout, Suite 4169 |
| Telephone: 212-677-6801 | Denver, CO 80294 |
| Fax: 646-273-2196 | Telephone: (303) 844-7348 |
| Fedcourt@binderlawfirm.com | Facsimile: (303) 844-0770 |
| | Christina.valerio@ssa.gov |

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

    **A.    Date Complaint Was Filed: October 9, 2013**

      **B.**      **Date Complaint Was Served on U.S. Attorney's Office: October 28, 2013**

      **C.**      **Date Answer and Administrative Record Were Filed:    February 26, 2014**

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of her knowledge, Plaintiff states that the record is complete and accurate.
To the best of her knowledge, Defendant states that the record is complete and accurate.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.    OTHER MATTERS**

The parties state that there are no other matters.

**8.    BRIEFING SCHEDULE**

The parties agreed to the following schedule:

      **A.**      **Plaintiff's Opening Brief Due:**      **May 2, 2014**

      **B.**      **Defendant's Response Brief Due:**      **June 2, 2014**

      **C.**      **Plaintiff's Reply Brief (If Any) Due:**      **June 17, 2014**

**9.    STATEMENTS REGARDING ORAL ARGUMENT**

      **A.**      **Plaintiff's Statement:**      Plaintiff does not request oral argument.

      **B.**      **Defendant's Statement:**      Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

A. (X) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

B. ( ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this <u>19th</u> day of <u>March</u>, 20<u>14</u>.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

JOHN F. WALSH
UNITED STATES ATTORNEY

J. BENEDICT GARCÍA
Assistant United States Attorney
United States Attorney's Office
District of Colorado

        *s/Christina J. Valerio*
        Christina J. Valerio
        Assistant Regional Counsel
        Social Security Administration
        Office of General Counsel, Region VIII
        1961 Stout, Suite 4169
        Denver, CO 80294
        Telephone: (303) 844-7348
        Facsimile: (303) 844-0770
        Christina.valerio@ssa.gov

        s/Charles E. Binder
        Charles E. Binder
        60 East 42nd Street, Suite 520
        New York, New York 10165
        Telephone: 212-677-6801
        Fax: 646-273-2196
        Fedcourt@binderlawfirm.com